FILED

2021 AUG 18 PM 3:25

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

1  GLENN B. McCORMICK
   Acting United States Attorney
2  District of Arizona

3  ERICA L. SEGER
   Assistant U.S. Attorney
4  Arizona State Bar No. 022681
   United States Courthouse
5  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
6  Telephone: 520-620-7300
   Email: erica.seger@usdoj.gov
7  Attorneys for Plaintiff

CR21-02022 TUC-RM(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No: |
| --- | --- |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 371<br>(Conspiracy)<br>Count 1 |
| 1. Andres Ricardo Portillo,<br>   (Counts 1-5) | 18 U.S.C. § 554<br>(Smuggling Goods from the United States)<br>Count 2 |
| 2. ▮▮▮▮▮▮▮▮▮▮ | 18 U.S.C. §§ 922(a)(6), 924(a)(2) & 2<br>(False Statements in Connection with Acquisition of Firearm and Aiding and Abetting)<br>Counts 3-5 |
| Defendants. | |

Under Seal

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

CONSPIRACY

From a time unknown to on or about July 26, 2017, in the District of Arizona and elsewhere, Defendants ANDRES RICARDO PORTILLO and ▮▮▮▮▮▮▮▮ ▮▮▮▮▮ did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses

against the United States, that is: to knowingly export and send from the United States, and attempt to export and send from the United States, any merchandise, object and article contrary to any law or regulation of the United States, and to receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise, article or object, knowing the same to be intended for exportation contrary to any law or regulation of the United States; in violation of Title 18, United States Code, Section 554(a).

### Purpose of the Conspiracy

The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful smuggling of firearms and other objects from the United States into the Republic of Mexico. The firearms and other objects smuggled or intended to be smuggled in the course of this conspiracy include:

- One (1) Inter Ordnance Sporter 15, .223 caliber rifle, serial number S016558
- One (1) Colt Expanse 5.56 mm rifle, serial number LE412124
- One (1) DPMS A15, .223 caliber rifle, serial number FFH076052

### The Means and Methods of the Conspiracy

The means and methods employed by Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain Defendants and/or co-conspirators would purchase firearms and other objects in the District of Arizona and elsewhere.

- It was a further part of the conspiracy that Defendants and/or co-conspirators who purchased the firearms and other objects made the purchases on behalf of other co-conspirators.

It was a further part of the conspiracy that Defendants and/or co-conspirators would provide the funds and directions to the purchasing Defendants and/or co-conspirators to purchase firearms and other objects involved in the conspiracy.

It was a further part of the conspiracy that Defendants and/or their co-conspirators would provide the funds, instructions, and means of transportation and concealment to facilitate the purchase of these firearms and other objects.

It was a further part of the conspiracy that Defendants and/or their co-conspirators would transport these firearms and other objects within the District of Arizona with the knowledge that the firearms and other objects were intended to ultimately be transported from the United States into the Republic of Mexico, and/or transport the firearms and other objects from the United States into the Republic of Mexico.

It was a further part of the conspiracy that Defendants and/or their co-conspirators did not have any valid license or other authority to export the firearms and other objects from the United States into the Republic of Mexico.

**Overt Acts**

In furtherance of the conspiracy, one or more of Defendants and/or their co-conspirators committed, or caused to be committed, the overt acts described below:

Prior to August 18, 2016, ▮▮▮▮▮▮▮▮▮▮ contacted ANDRES RICARDO PORTILLO and offered to pay him to purchase firearms for ▮▮▮▮▮▮▮▮▮▮ for the purpose of smuggling the firearms from the United States to Mexico.

On August 18, 2016, ANDRES RICARDO PORTILLO purchased one (1) DPMS, Model A15, .223 caliber rifle, serial number FFH076052 for $597.29 from Sportsman's Warehouse, with funds and directions provided to him by ▮▮▮▮▮▮▮▮▮▮ and other co-conspirators, for the purpose of smuggling the firearm from the United States to Mexico.

On September 28, 2016, ANDRES RICARDO PORTILLO purchased one (1) Colt, Model Expanse, 5.56 mm rifle, serial number LE412124 from Ammo A-Z/Zeus Arms, with funds and directions provided to him by ▮▮▮▮▮▮▮▮▮▮ and other co-conspirators, for the purpose of smuggling the firearm from the United States to Mexico.

On November 12, 2016, ANDRES RICARDO PORTILLO entered the United States in Nogales, AZ.

On November 18, 2016, ANDRES RICARDO PORTILLO purchased one (1) Inter Ordnance, Sporter 15, .223 caliber rifle, serial number S016558 from Ammo A-Z/Zeus

Arms with funds and directions provided to him by ███████████████ and other co-conspirators, for the purpose of smuggling the firearm from the United States to Mexico.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

## SMUGGLING GOODS FROM THE UNITED STATES

Between on or about August 18, 2016 and on or about July 26, 2017, in District of Arizona, Defendants ANDRES RICARDO PORTILLO and ███████████ ███████ did fraudulently and knowingly export and send from the United States, and attempt to export and send from the United States into the Republic of Mexico, any merchandise, article, or object, that is:

- One (1) Inter Ordnance Sporter 15, .223 caliber rifle, serial number S016558
- One (1) Colt Expanse 5.56 mm rifle, serial number LE412124
- One (1) DPMS A15, .223 caliber rifle, serial number FFH076052

which is contrary to the laws and regulations of the United States, to wit: Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1, and did receive, conceal, buy, sell and did in any manner facilitate the transportation, concealment, and sale of such merchandise, article, and object, prior to exportation, knowing the same to be intended for exportation, which is contrary to the laws and regulations of the United States.

All in violation of Title 18, United States Code, Section 554.

## COUNT THREE

## FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM

On or about August 18, 2016, in the District of Arizona, Defendant ANDRES RICARDO PORTILLO, in connection with the acquisition of firearms, that is one (1) DPMS A15, .223 caliber rifle, serial number FFH076052; from Sportsman's Warehouse, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Sportsman's Warehouse,

1  which statement was intended to deceive Sportsman's Warehouse as to a fact material to
2  the lawfulness of such sale of the said firearm to ANDRES RICARDO PORTILLO under
3  Chapter 44 of Title 18, in that ANDRES RICARDO PORTILLO stated that he was the
4  actual transferee/buyer of said firearm when in fact he was acquiring the firearm on behalf
5  of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ aided, abetted,
6  counseled, commanded, induced, and procured such false and fictitious statement.
7        All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and
8  2.

## COUNT FOUR

**FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**

On or about September 28, 2016, in the District of Arizona, Defendant ANDRES RICARDO PORTILLO, in connection with the acquisition of firearms, that is one (1) Colt Expanse 5.56 mm rifle, serial number LE412124 from Ammo A-Z/Zeus Arms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Ammo A-Z/Zeus Arms, which statement was intended to deceive Ammo A-Z/Zeus Arms as to a fact material to the lawfulness of such sale of the said firearm to ANDRES RICARDO PORTILLO under Chapter 44 of Title 18, in that ANDRES RICARDO PORTILLO stated that he was the actual transferee/buyer of said firearm when in fact he was acquiring the firearm on behalf of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT FIVE

**FALSE STATEMENTS IN CONNECTION WITH ACQUISITION OF FIREARM**

On or about November 18, 2016, in the District of Arizona, Defendant ANDRES RICARDO PORTILLO, in connection with the acquisition of firearms, that is one (1) Inter Ordnance Sporter 15, .223 caliber rifle, serial number S016558 from Ammo A-Z/Zeus

1 | Arms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United
2 | States Code, knowingly made a false and fictitious written statement to Ammo A-Z/Zeus
3 | Arms, which statement was intended to deceive Ammo A-Z/Zeus Arms as to a fact material
4 | to the lawfulness of such sale of the said firearm to ANDRES RICARDO PORTILLO
5 | under Chapter 44 of Title 18, in that ANDRES RICARDO PORTILLO stated that he was
6 | the actual transferee/buyer of said firearm when in fact he was acquiring the firearm on
7 | behalf of ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮ aided,
8 | abetted, counseled, commanded, induced, and procured such false and fictitious statement.
9 | All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: August 18, 2021

**REDACTED FOR PUBLIC DISCLOSURE**

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

s/

ERICA L. SEGER
Assistant U.S. Attorney